IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE JAMES ROSE                                               PLAINTIFF

     v.                Civil No. 05-1089
                     Civil No. 05-1096
                     Civil No. 05-1107

J. SMITH, Jailer; HIGHT
MONROE, Jailer; DEPUTY
LEROY MARTIN; PAULA
MANESS, Nurse; J. HAYES;
TODD DEW; and ROBERT
GORUM, Chief of Police                               DEFENDANTS

## **ORDER**

As it appears these consolidated cases may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 10, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

Dated this 8th day of March 2006.

                                                           /s/ Bobby E. Shepherd
                                                           UNITED STATES MAGISTRATE JUDGE